IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01513-BNB

JOHNATHAN YOUNG, SR.,

    Plaintiff,

v.

FRAN LAPAGE, Programs Manager,
LT. BRANDT, EID #95011,
SGT. T. E. WILLIAMS, EID #02014,
DEPUTY HIGHTSHOE,
DEPUTY LUNDSTRUM, and
DEPUTY KRULL,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Leave to File an Amended Complaint," filed on September 1, 2010 (Doc. # 16) is DENIED as unnecessary. The Court entered an order directing Plaintiff to file an amended complaint on July 15, 2010, and granted Plaintiff an extension of time on August 16, 2010. Plaintiff has until **September 16, 2010,** to file his Amended Complaint. Plaintiff's failure to file an amended pleading will result in the dismissal of this action without further notice.

    Dated: September 2, 2010