# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 10-cv-01513-CMA-CBS

JOHNATHAN YOUNG SR.,

     Plaintiff,

v.

FRAN LAPAGE,
DEPUTY HIGHTSHOE, and
LIZ O'NEAL,

     Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 3 0 2010

GREGORY C. LANGHAM
                        CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendants.

DATED:  September __28__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-01513-CMA-CBS

Johnathan Young Sr.
Prisoner No. 00108144
El Paso County Detention Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906-1522

US Marshal Service
Service Clerk
Service forms for: Fran LaPage, Deputy Hightshoe, and Liz O'Neal

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Fran LaPage, Deputy Hightshoe, and Liz O'Neal: AMENDED COMPLAINT FILED 9/15/10, ORDER FILED 9/23/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on ___9/30/10___.

GREGORY C. LANGHAM, CLERK

By: _____
                 Deputy Clerk