**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-01513-CMA-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  January 7, 2011** | **Courtroom Deputy:**  Linda Kahoe |

JOHNATHAN YOUNG, SR.,                              *Pro se (via phone)*

    Plaintiff,

    v.

FRAN LAPAGE, *et al.,*                              Charles Clark Greenlee

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in session:       2:29 p.m.**
Court calls case.  Appearance of counsel.  *Plaintiff appears pro se via phone.*

Discussion regarding the status of the case.

**ORDERED:**  Defendants' Motion to Dismiss, doc #[47], is **DENIED WITHOUT PREJUDICE**.

**ORDERED:**  Defendants' Motion to Dismiss Plaintiff's "Supplemental Pleadings", doc #[60], is **DENIED WITHOUT PREJUDICE**.

**ORDERED:**  Plaintiff's Motion Requesting to Proceed With Supplemental Pleading, doc #[52], is **DENIED**.  Plaintiff may file a Third Amended Complaint on or before **JANUARY 21, 2011.**  Defendants are allowed to Answer or otherwise Respond to the Third Amended Complaint.

**ORDERED:**  Plaintiff's Motion for Request to Appoint Personal Attendance to the Plaintiff's Papers, doc #[57], is **DENIED**.

Mr. Young states he would like to dismiss this case without prejudice until he is released and can attend to the matters on his own.  Mr. Greenlee states no objection.

The court reminds Mr. Young of the Statute of Limitations.

The court refers to Rule 41(a)(1)(A)(ii).

The courts requests that Mr. Greenlee draft a written Stipulation of Dismissal Without Prejudice and send it to Mr. Young for his signature.  Mr. Young should return the signed Stipulation to Mr. Greenlee to file with the court.

HEARING CONCLUDED.

**Court in recess:**     **2:50 p.m.**
Total time in court:    00:21

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.