IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 10-cv-01513-WJM-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: April 24, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                        *Counsel:*

JOHNATHAN YOUNG, SR.,                        *Pro Se*

    Plaintiff,

v.

BROCK,                                                              Charles Clark Greenlee

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:     9:41 a.m.**
Court calls case.  Appearances of counsel.

Mr. Greenlee advises the court that Mr. Young is refusing to take part in the deposition (currently being conducted) until the court has made a ruling on his motion to contest the deposition.  Mr. Young would like the court to intercede and stop the deposition.

Discussion between the court and Mr. Young regarding the deposition, his STATEMENT Contestment of Deposition by Defense (Docket No. 128, filed on 4/10/2012), Rule 30 and preparing for a deposition, invoking his fifth amendment right against self incrimination, serving interrogatories, Rules 26(b) and 26(b)(1) pertaining to conducting discovery, requesting court funds for hiring a court reporter, and Mr. Young requesting to have an attorney appointed.

**ORDERED:**   This deposition will move forward.  The court will treat Mr. Young's STATEMENT Contestment of Deposition by Defense (Docket No. 128, filed on 4/10/2012) as a Motion.  The court **DENIES** the plaintiff's MOTION/STATEMENT Contestment of Deposition by Defense (Docket No. 128, filed on 4/10/2012).

HEARING CONCLUDED.

**Court in recess**:     **10:01 a.m.**
Total time in court:    00:20

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.