IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 10-cv-01513-WJM-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: May 31, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

JOHNATHAN YOUNG, SR.,   *Pro Se (appearing by telephone)*

    Plaintiff,

v.

BROCK,   Charles Clark Greenlee

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:     3:27 p.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the plaintiff's MOTION for Order to for Subpoena (Docket 134, filed on 5/21/2012). Discussion between the court and Mr. Young regarding this motion, serving subpoenas to obtain relevant information, and Rule 26(b)(1) .

**ORDERED:**   For reasons as stated on the record, the court **DENIES** the plaintiff's MOTION for Order to for Subpoena (Docket 134, filed on 5/21/2012).

The court addresses the parties regarding the plaintiff's MOTION for Order Requesting Third Response on Subpoena (Docket 130, filed on 5/7/2012) and the defendant's RESPONSE to #130 MOTION for Order to Grant Plaintiff's Motion Requesting Third Response on Subpoena (Docket No. 133, filed on 5/17/2012). Discussion between the court and Mr. Young regarding this motion.

**ORDERED:**   For reasons as stated on the record, the court **DENIES without prejudice** the plaintiff's MOTION for Order Requesting Third Response on Subpoena (Docket

      130, filed on 5/7/2012).

Discussion between the court and Mr. Young regarding his current involvement in a 35(c) motion hearing, Rule 33 pertaining to serving interrogatories on a non-party, dispositive motion deadline of July 23, 2012, defense counsel possibly filing a motion for summary judgment, and when Mr. Young's response to this motionn would be due.

HEARING CONCLUDED.

**Court in recess**:     **4:16 p.m.**
Total time in court:     00:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.