IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01513-WJM-CBS

JOHNATHAN YOUNG SR.,
    Plaintiff,
v.

BROCK,
    Defendant.

ORDER FOR CLERK OF THE COURT TO ISSUE SUBPOENA

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Plaintiff, Mr. Young's, request that the court issue a subpoena (filed July 31, 2012) (Doc. # 158) (entitled "Subpoena for Command to Produce") (docketed by the Clerk of the Court as "Motion for Order").   Pursuant to the Order of Reference dated October 1, 2012 (Doc. # 32) and the memorandum dated (Doc. # 159), this matter was referred to the Magistrate Judge.  On July 12, 2010, the court granted Mr. Young leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (*See* Doc. # 7).  It is now ORDERED that:

    1.    Mr. Young's request that the court issue a subpoena (filed July 31, 2012) (Doc. # 158) (entitled "Subpoena for Command to Produce") (docketed by the Clerk of the Court as "Motion for Order") is GRANTED.

    2.    The Clerk of the Court shall issue a subpoena to Correctional Healthcare Companies, Inc. (CHC) 6200 S. Syracuse Way # 440, Greenwood Village, CO 80111, to produce the following documents described by Mr. Young as:

>    medical records for the plaintiff Johnathan Young between 7/26/10 until
>    the present that pertain to excessive force suffered by the plaintiff at the
>    hands of deputy Brock, this includes, but not limited to, all x-rays, pictures,
>    and request by the plaintiff to be seen by the CHC staff due to injuries
>    sustained by deputy Brock.

(*See* Doc. # 158).

    2.     The documents shall be produced to Johnathan Young, Sr., # 116164, Sterling Correctional Facility (SCF), P.O. Box 6000, Sterling, CO 80751, on or before September 6, 2012.

    3.     The United States Marshal shall serve the subpoena.  All costs of service shall be advanced by the United States.

Dated at Denver, Colorado this 3rd day of August, 2012.

BY THE COURT:

  s/ Craig B. Shaffer  
United States Magistrate Judge