IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

**Civil Action:10-cv-01513-WJM-CBS**          FTR - Reporter Deck-Courtroom A402
**Date: October 31, 2012**                            Courtroom Deputy: Robin Mason

_Parties:_                                                         _Counsel:_

JOHNATHAN YOUNG, SR.,                          _Pro Se_

     Plaintiff,

v.

BROCK,                                                         Charles Clark Greenlee

     Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:      9:01 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the plaintiff's MOTI0ON Requesting Order for Safe Keeping of Materials in Questions (Docket No. 183, filed on 10/12/2012) and the defendant's RESPONSE to #183 MOTION for Order to for Safekeeping of Materials in Question (Docket No. 185, filed on 10/15/2012).

Discussion between the court and Mr. Young regarding a transcript and the audio portion of his deposition (both of which are currently in his possession).  Mr. Young informs the court that he would like to send the tape to a private investigator, in Colorado Springs, to review it for him since he has no counsel representing him.  Discussion between the court and Mr. Greenlee regarding the transcript and audio of Mr. Young's deposition.

**ORDERED:**  A further telephonic Status Conference is set for **November 5, 2012 at 3:00 p.m.**
The court is requiring both Mr. Young and his case manager be on the line for this hearing.  _Counsel for Defendant shall make arrangements with Plaintiff, or his case manager, to create a conference call and contact the court (303) 844-2117 at the_

*scheduled time.*

Continued discussion between the court and Mr. Young regarding the transcript and the audio portion of his deposition.  Mr. Greelee is advised by the court to send a letter to the Department of Corrections letting them know that he is no longer requesting to have the discussed legal material sent back to him but instead it should be sent to a location/custodian designated by Mr. Young.  The court referenced AR 750-03 (specifically paragraph 8a) for both parties to refer to regarding this matter.

Discussion between the court and Mr. Young regarding exhibits 3 and 4.  As stated on the record, the court advises Mr. Greelee to send exhibits 3 and 4 shall be sent to the institution where Mr. Young is being housed pursuant to AR 750-03.

**ORDERED:**   The court **DENIES** the plaintiff's MOTION Requesting Order for Safe Keeping of Materials in Questions (Docket No. 183, filed on 10/12/2012).

Discussion regarding the October 15, 2012 dispositive motions deadline.  The court notes that no dispositive motions have been filed.  The court advises the parties that it would like to move up the Final Pretrial Conference date so the parties can get a date for trial sooner**.**

Mr. Young addresses the court regarding interrogatories that he received from Mr. Greenlee.

**ORDERED:**   The court shall issue an order resetting the Final Pretrial Conference.

HEARING CONCLUDED.

**Court in recess**:       **10:03 a.m.**
Total time in court:     01:02

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.