IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01513-WJM-CBS

JOHNATHAN YOUNG, SR.,
    Plaintiff,
v.

[DEPUTY JASON] BROCK,
    Defendant.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action came before the court for hearing on October 31, 2012 and November 5, 2012 regarding three compact discs ("C.D.s") (an audio disc of Mr Young's deposition and two video discs of Exhibits A-3 and A-4 to Defendants' Motion to Dismiss) that are currently retained at the Sterling Correctional Facility ("SCF") legal office or law library.  The court being sufficiently advised in the premises,

    IT IS ORDERED that the three C.D.s, (an audio disc of Mr Young's deposition and two video discs of Exhibits A-3 and A-4 to Defendants' Motion to Dismiss) shall be retained at the SCF legal office or law library until this civil action is concluded by trial or by stipulation.  Upon the conclusion of this civil action by trial or by stipulation, DOC AR 750-03 § IV. K. 8. a. shall govern the disposition of the three C.D.s.  Mr. Young shall continue to comply with DOC regulations, procedures, and policies regarding his access to the law library and the three C.D.s.

    DATED at Denver, Colorado, this 6th day of November, 2012.

BY THE COURT:

    s/Craig B. Shaffer
    United States Magistrate Judge

1