IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01513-WJM-CBS

JOHNATHAN YOUNG, SR.,
    Plaintiff,
v.

[DEPUTY JASON] BROCK,
    Defendant.

_____

AMENDED ORDER[1]
_____

Magistrate Judge Craig B. Shaffer

    Pursuant to the Order of Reference dated October 1, 2010 (Doc. # 32), this civil action was referred to the Magistrate Judge. This action comes before the court to request that this case be placed on the list of cases for which counsel may choose to volunteer. The court has reviewed the entire case and the applicable law and is sufficiently advised in the premises.

    While indigent civil litigants have no constitutional or statutory right to be represented by a lawyer, *Merritt v. Faulkner*, 697 F.2d 761, 763 (7th Cir. 1983), in its discretion the court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). The court may request legal counsel for Mr. Young by placing this case on the list for volunteer counsel.

    The current status of this case is that discovery is closed and no dispositive motions remain pending. A Final Pretrial Conference is set on April

---

[1] Order (Doc. # 199) is amended to correct the date of the Order of Reference to Magistrate Judge.

1

16, 2013.  After the Final Pretrial Conference and entry by the Magistrate Judge of the Final Pretrial Order, District Judge Martinez' staff will set dates for a Final Trial Preparation Conference and a Trial.  (*See* Practice Standards for Civil and Criminal Matters Before William J. Martinez United States District Judge, Trial Setting, § V. C.).

Accordingly, the court requests that the Clerk of the Court place this case on the list of cases for which counsel may choose to volunteer.

DATED at Denver, Colorado, this 6th day of November, 2012.

BY THE COURT:


s/Craig B. Shaffer
United States Magistrate Judge

2