IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:10-cv-01513-WJM-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: January 30, 2013** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

JOHNATHAN YOUNG, SR.,  *Pro Se (appearing by telephone)*

    Plaintiff,

v.

BROCK,  Charles Clark Greenlee

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in Session:     8:54 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the plaintiff's MOTION to Clarify re #205 Order on Motion for Leave (Docket No. 208, filed on 12/26/2012) and the plaintiff's MOTION for Ruling on #208 MOTION to Clarify re #205 Order on Motion for Leave (Docket No. 212, filed on 1/22/2013).

Discussion between the court and the Mr. Young regarding his MOTION to Clarify re #205 Order on Motion for Leave (Docket No. 208, filed on 12/26/2012), his MOTION for Ruling on #208 MOTION to Clarify re #205 Order on Motion for Leave (Docket No. 212, filed on 1/22/2013), his interrogatories, and the discovery deadline (discovery period is closed).

**ORDERED:**   The court **GRANTS** the plaintiff's MOTION to Clarify re #205 Order on Motion for Leave (Docket No. 208, filed on 12/26/2012).

Mr. Young informs the court that he is unhappy with the way his case is proceeding.  He informs the court that he wants to file a motion to recuse Magistrate Judge Shaffer.  The court advises Mr. Young that he is free to file his motion.  Discussion between the court and Mr. Young regarding

Rule 16 pertaining to the extension of deadlines and Rule 16(b) pertaining to granting extensions upon the showing of good cause.

**ORDERED:** The court **GRANTS** the plaintiff's MOTION for Ruling on #208 MOTION to Clarify re #205 Order on Motion for Leave (Docket No. 212, filed on 1/22/2013). The plaintiff has failed to established good cause to have the discovery deadline extended. For this reason, the court **DENIES** the plaintiff's request to serve a second set of interrogatories.

The court provides Mr. Young with an update on the status of appointing him *pro bono* counsel. The court informs Mr. Young that no attorneys have agreed to take his case but that his name is still on the request list. Discussion between the court and Mr. Young regarding how the process works.

Discussion between the court and Mr. Young regarding the Final Pretrial Conference set for April 16, 2013 at 10:00 a.m. The court informs Mr. Young that he will be required to work with Mr. Greenlee in order to get the proposed Final Pretrial Order completed.

HEARING CONCLUDED.

**Court in recess**: 9:31 a.m.
Total time in court: 00:37

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.