**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-01513-WJM-CBS

JOHNATHAN YOUNG, SR.,

    Plaintiff,

v.

JASON BROCK,

    Defendant.

---

**AMENDED ORDER GRANTING UNOPPOSED MOTION FOR WRIT OF
*HABEAS CORPUS AD TESTIFICANDUM***

---

This matter comes before the Court on Plaintiff's Unopposed Motion for Writ of *Habeas Corpus Ad Testificandum* filed January 21, 2014 (ECF No. 262). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

1. The Plaintiff's Unopposed Motion is GRANTED in PART.

2. The Clerk of the Court shall issue Writ to of Habeas Corpus Ad Testificandum, as soon as reasonably possible, commanding the Warden of the Sterling Correctional Facility to make JOHNATHAN YOUNG, SR., No. 116164 available so that he may appear in person with his counsel before Judge William J. Martínez of the United States District Court for the District of Colorado, for a 3-day Bench trial which is scheduled to begin on March 17, 2014, Courtroom A801 of the Alfred A. Arraj Courthouse 901 19th Street, Denver, Colorado;

3. To the extent practicable, the Court asks that Plaintiff be brought to an

       appropriate facility in the Denver Metropolitan area at least three days prior to trial so that he may confer in person with counsel for purposes of trial preparation;

4. Plaintiff is permitted to attend every successive day of the trial contingent on his behavior on the prior day. The Court gives leave to the parties, and the Untied States Marshal, to bring to the Court's attention matters addressing Plaintiff's behavior during the course of the trial;

5. The Department of Corrections and/or the U.S. Marshal for the District of Colorado shall hold JOHNATHAN YOUNG, SR., No. 116164 in its custody as agent of the United States of America or as agent of the said correctional facilities, until the conclusion of the trial, and thereafter return Mr. Young to Sterling Correctional Facility.

Dated this 14th day of February, 2014.

                                          BY THE COURT:

                                          William J. Martínez
                                          United States District Judge