**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-01513-WJM-CBS

JOHNATHAN YOUNG SR.,

    Plaintiff,

v.

JASON BROCK,

    Defendant.

---

**ORDER AMENDING NOVEMBER 6, 2012 ORDER (ECF NO. 197)**

---

At the February 28, 2014 Final Trial Preparation Conference, Plaintiff Johnathan Young, Sr. Moved to amend the Court's November 6, 2012 Order (ECF No. 197) to include a fourth C.D. containing audio recording of telephone calls (the "Motion"). The Court , being sufficiently advised hereby ORDERS as follows:

The Plaintiff's oral Motion is GRANTED. The Court's November 6, 2012 Order is AMENDED to include the fourth C.D. As such, the fourth C.D. shall be retained at the Sterling Correctional Facility ("SCF") legal office or law library until this civil action is concluded by trial or by stipulation, at which time DOC AR 750-03 § IV.M.8.a[1] shall govern the disposition of the fourth C.D. Mr. Young shall continue to comply with DOC regulations, procedures, and policies regarding access to the law library and fourth C.D.

---

[1] DOC AR 750-03 was amended after the Court's order of November 6, 2012, and the relevant regulation is now located at AR 750-03 § IV.M.8.a.

Dated this 4th day of March, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge