**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-01513-WJM-CBS

JOHNATHAN YOUNG SR.,

    Plaintiff,

v.

JASON BROCK,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO PRESENT TRIAL TESTIMONY BY TELEPHONE**

---

This matter is before the Court on the Plaintiff's Unopposed Motion for Leave to Present Trial Testimony by Telephone, filed March 10, 2014 (ECF No. 283). The Court having reviewed the Motion hereby ORDERS as follows:

The Plaintiff's Unopposed Motion is GRANTED. Plaintiff Johnathan Young Sr., may present the testimony of Jason Scott and Marvin LeClaire via telephone at the trial of this matter set for March 17, 2014. Counsel for Plaintiff is DIRECTED to provide the Court's Courtroom Deputy, Ms. Deborah Hansen, with the **land line** telephone number(s) for Mr. Scott and Mr. LeClaire on the morning of the first day of Trial.

Dated this 10th day of March, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge