**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-01513-WJM-CBS

JOHNATHAN YOUNG, SR.,

    Plaintiff,

v.

JASON BROCK,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Final Findings of Fact and Conclusions of Law entered on June 4, 2014,

IT IS ORDERED that Plaintiff has failed to show that Defendant violated his Fourteenth Amendment right to be free from excessive force as a pre-trial detainee.

IT IS FURTHER ORDERED that Judgment is entered in favor of Defendant and against the Plaintiff on this claim and the action and complaint **are dismissed with prejudice**.

IT IS FURTHER ORDERED that Defendant is awarded his costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This action was tried without a jury and the above decision was reached.

Dated at Denver, Colorado this 4th day of June, 2014.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                           By: s/   Deborah Hansen

                                      Deborah Hansen
                                      Deputy Clerk